IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00472-RPM-MEH

JACOB A. BINGHAM,

    Plaintiff,

v.

CHRISTINA MCNALLY and
VAIL CORPORATION,

    Defendants.

_____

## ORDER DENYING MOTION TO DISMISS
_____

    Upon considering the Vail Corporation's motion to dismiss plaintiff's negligent supervision claim and the plaintiff's response, it is

    ORDERED that the motion to dismiss is denied.

    Dated: September 16th, 2009

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                  _____

                                  Richard P. Matsch, Senior District Judge