IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00472-RPM-MEH

JACOB A. BINGHAM,

    Plaintiff,

v.

CHRISTINA MCNALLY, and
VAIL CORPORATION,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 17, 2009.**

    In the interests of justice, Plaintiff's timely filed Unopposed Motion for Leave to Submit Second Amended Complaint [filed September 15, 2009; docket #49] is **granted**. On or before September 21, 2009, the Plaintiff shall file the Second Amended Complaint, assuring that it complies with D.C. Colo. LCivR 10.1D and all other applicable local rules. Defendants shall file an answer or other response to the Second Amended Complaint in accordance with Fed. R. Civ. P. 15(a).