IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00472-RPM-MEH

JACOB A. BINGHAM,

    Plaintiff,

v.

CHRISTINA MCNALLY, and
VAIL CORPORATION,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 4, 2009.**

    The Stipulated Motion for Protective Order [filed November 3, 2009; docket #64] is **granted in part and denied in part**. The Stipulated Protective Order, as modified,[1] is filed contemporaneously with this minute order.

---

[1] The Court struck the following from paragraph 15: "Without limiting the generality of the foregoing, this Protective Order shall survive or remain in full force and effect after the termination of this Lawsuit."