IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00472-RPM-MEH

JACOB A. BINGHAM

      Plaintiff,

vs.

CHRISTINA McNALLY, and
VAIL CORPORATION, a Colorado Corporation.

      Defendants.

_____

**ORDER GRANTING STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST CHRISTINA McNALLY WITH PREJUDICE**
_____

      Upon consideration of the Stipulation for Dismissal of Plaintiff's Claims against Christina McNally with Prejudice filed by the parties, it is

      ORDERED that Plaintiff's claims against Defendant Christina McNally are dismissed with Prejudice, with Plaintiff and Defendant McNally each to bear their own costs and attorneys' fees.

      DATED this 19th day of January, 2010.

                                BY THE COURT:

                                s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge