IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00472-RPM-MEH

JACOB A. BINGHAM,

    Plaintiff,

v.

VAIL CORPORATION,

    Defendant.

_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Joint Stipulation of Dismissal with Prejudice [88], it is

ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys fees and costs.

Dated: April 29th, 2010

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge